**FILED**

**MAY 19 2008**

**Clerk, U.S. District and Bankruptcy Courts**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

                                                )
IN RE:  APPLICATION FOR USE IMMUNITY    )       Misc. No. _____ 08-312
ORDER FOR WILLIAM LUNA                  )
                                                )
_____ )

## ORDER

On application of the United States Attorney for the District of Columbia requesting that

the Court issue an Order pursuant to the provisions of Title 18, United States Code, Section

6001, *et. seq.*, compelling testimony;

And it appearing to the satisfaction of the Court that:

1.      William Luna has been or might be called to testify or provide other information

in the case of *United States v. Hernan Melendez*, 2007 CF1 2478 (Superior Court, Washington,

D.C.), and in any further proceeding resulting therefrom or ancillary thereto.

2.      In the judgment of the United States Attorney, Mr. Luna has refused or is likely to

refuse to testify or provide other information on the basis of his privilege against self-

incrimination;

3.      In the judgment of the United States Attorney, the testimony or other information

from Mr. Luna might be necessary to the public interest;

4.      The aforesaid application filed herein has been made with the approval of

*by Kenneth A. Blanco*

Deputy Assistant Attorney General ~~Christopher A. Wray~~, Criminal Division of the Department of

Justice, pursuant to the authority vested by 18 U.S.C. § 6003 and 28 C.F.R.0.175.

NOW THEREFORE, IT IS ORDERED pursuant to 18 U.S.C. § 6002:

THAT the witness William Luna give testimony or provide other information which he

refuses to give or to provide on the basis of his privilege against self-incrimination as to all

matters about which he may be interrogated in the case of *United States v. Hernan Melendez*,

2007 CF1 2478 (Superior Court, Washington, D.C.), and in any further proceeding resulting

therefrom, or any proceeding ancillary thereto;

THAT no testimony or other information compelled under this Order (or any information

directly or indirectly derived from such testimony or other information) may be used against

William Luna in any criminal case, except a prosecution for perjury, giving a false statement, or

otherwise failing to comply with this Order.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____*May 19*_____, 2008

**COPY TO:**

Steven B. Snyder, Esq.
Assistant United States Attorney
555 4th Street, N.W.
Room 9407
Washington, D.C.  20530
(202) 305-1390
(202) 353-9415 – fax

354-3382



**U.S. Department of Justice**

Criminal Division

_Office of the Assistant Attorney General_                     _Washington, D.C. 20530_

The Honorable Jeffrey A. Taylor
United States Attorney
District of Columbia
Washington, D.C. 20530

Attention:     Steven B. Snyder
               Assistant United States Attorney

     Re:       Trial Proceeding
               _United States v. Hernan Melendez_

Dear Mr. Taylor:

     Pursuant to the authority vested in me by 18 U.S.C. § 6003(b) and 28 C.F.R. § 0.175(a),
I hereby approve your request for authority to apply to the United States District Court for
the District of Columbia for an order pursuant to 18 U.S.C. §§ 6002-6003 requiring William
Luna to give testimony or provide other information in the above matter and in any further
proceedings resulting therefrom or ancillary thereto.

                                   Sincerely,

                                   Alice S. Fisher
                                   Assistant Attorney General