UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APPLICATION FOR USE IMMUNITY ORDER FOR WILLIAM LUNA | : <br> : <br> :    Misc No. 08-312 (RCL) <br> : <br> : |

**REPLY TO GOVERNMENT'S OPPOSITION TO MOTION FOR FORTHWITH COURT ORDER DIRECTING UNSEALING OF PROCEEDINGS AND PRODUCTION OF FILINGS**

The government's Opposition is remarkable for its failure to provide a single legal or factual justification for a) seeking to have its initial application of May 2008, for an immunity order for Mr. Luna placed under seal; and b) maintaining its application under seal. The government cites not a single case, statute, or rule that provides legal authority for its position, and indeed nothing in 18 U.S.C. §§ 6001-6005 contemplate a government application for an immunity order being sealed. Instead, the government shifts the burden, a burden that does not exist or have any legal support, to Mr. Melendez to justify why the government's application, that never should have been sealed in the first instance, should be unsealed.

Hernan Melendez, through undersigned counsel, pursuant to his Sixth Amendment right to effective assistance of counsel, his Sixth Amendment right to confrontation, and his Fifth Amendment right to due process of law and a fair trial, respectfully moves this Honorable Court for an Order directing the unsealing of the jacket and proceedings in the above-captioned case.

**WHEREFORE** for the foregoing reasons, any which may appear in supplemental pleadings which Mr. Melendez specifically reserves the right to file, any which may appear at he requested hearing on this motion, and any others this Court deems just and proper, Hernan

Melndez, through counsel, respectfully requests that, the previously attached Order be entered directing the forthwith unsealing of the proceedings and documents in the above-captioned case.

**Dated: July 24, 2008**                                       Respectfully submitted,

*S Sonenberg /an u*                                            *Michael Umpierre*
_____                                    _____
Santha Sonenberg (D.C. Bar No. 376-188)                        Michael Umpierre (D.C. Bar No. 976-896)
Public Defender Service                                        Public Defender Service
On Behalf of Hernan Melendez                                   On Behalf of Hernan Melendez
633 Indiana Avenue, N.W.                                       633 Indiana Avenue, N.W.
Washington, D.C. 20004                                         Washington, D.C. 20004
(202) 824-2308                                                 (202) 824-2333

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Reply to Government's Opposition to Motion For Forthwith Order Directing Unsealing of Proceedings and Production of Filings and Incorporated Memorandum Of Points And Authorities In Support Thereof has been delivered by hand on this 24th day of July 2008, to Steven Snyder, Office of the United States Attorney, 555 Fourth Street, N.W., Washington, D.C. 20530.

*S Sonenberg /an u*
_____
Santha Sonenberg