UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APPLICATION FOR USE IMMUNITY ORDER FOR WILLIAM LUNA | : : : : : Misc No. 08-312 (RCL) |

**FILED**

**AUG 1 2 2008**

**ORDER**

Clerk, U.S. District and Bankruptcy Courts

This matter having come before the Court on Hernan Melendez's Motion For Forthwith Order Directing Unsealing of Proceedings and Production of Filings and Incorporated Memorandum Of Points And Authorities In Support Thereof filed herein on July 18, 2008, and good cause having been shown, it is this _12th_ day of ~~July~~ August 2008, **HEREBY ORDERED** that the Motion is **GRANTED** and that the proceedings and pleadings in the above-captioned case are to be made available and produced forthwith for counsel for Hernan Melendez, *for the reasons stated on the record at today's hearing, which is also UNSEALED.*

Royce C. Lamberth
United States District Court Judge

**Copies To**:

Michael Umpierre and Santha Sonenberg
Public Defender Service
633 Indiana Avenue, N.W.
Washington, D.C. 200
**TELECOPIER: (202) 824-2423**

Steven Snyder
Office of the United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530

5