UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APPLICATION FOR USE OF IMMUNITY ORDER FOR WILLIAM LUNA ) ) ) ) ) | Misc. No. 08-312 (RCL) |

**ORDER**

FILED
AUG 1 2 2008
Clerk, U.S. District and Bankruptcy Courts

It is hereby

ORDERED that the entire record in this case shall be unsealed.

SO ORDERED.

_____    8/12/08
Chief Judge Royce C. Lamberth        Date